**Dismiss and Opinion Filed October 14, 2024**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

### No. 05-24-00441-CV

**JOSEPH L. BRYANT, Appellant**

**V.**

**ERIC W. JOHNSON, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-00321-E**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Carlyle
Opinion by Justice Carlyle

Appellant's brief in this appeal is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without the reporter's record and for appellant's brief to be filed by August 29, 2024. By postcard dated August 30, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


240441f.p05

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

JOSEPH L. BRYANT, Appellant

No. 05-24-00441-CV      V.

ERIC W. JOHNSON, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-24-00321-E.
Opinion delivered by Justice Carlyle. Justices Reichek and Nowell participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 14th day of October, 2024.